IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PRN Health Services, Inc. | ) | Civil Action No. 00-CV-1867 PAM/JGL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Professional Resource Network Corp., | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION

The parties above named, by and through their respective counsel, hereby stipulate and agree that the date by which defendant Professional Resources Network Corp. must answer or otherwise respond to the Complaint herein may be extended to October 3, 2000.

Dated: September 7, 2000.

DORSEY & WHITNEY

Peter M. Lancaster #159840
220 South Sixth Street
Pillsbury Center South
Minneapolis, MN 55402
Telephone: 612-340-7811

Attorneys for plaintiff
PRN Health Services, Inc.

FILED SEP 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 7, 2000.

GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.

Laura J. Hein

Laura J. Hein #155160
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402-3796
Telephone: 612-343-2800

Attorneys for defendant Professional
Resources Network Corp.

ORDER

Pursuant to the foregoing stipulation of counsel,

IT IS HEREBY ORDERED that the date by which defendant Professional Resources Network Corp. must answer or otherwise respond to the Complaint herein is hereby extended to October 3, 2000.

Dated this 8 day of September, 2000.

BY THE COURT:

Paul A. Magnuson

Paul A. Magnuson
United States District Court Judge