UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1867 (PAM/JGL)

PRN HEALTH SERVICES, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

PROFESSIONAL RESOURCE NETWORK CORP.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2001;

3. The party with the burden of proof shall disclose all expert witnesses, including reports, by June 1, 2001; All reply disclosures shall be made by July 15, 2001;

4. The period during which the parties may seek discovery shall be completed by August 15, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 15, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to September 1, 2001; and

7. This case will be considered "ready for trial" as of December 1, 2001.

DATED: January 5, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

JAN 05 ...

Filed__________
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________