UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PRN Health Services, Inc., Plaintiff, vs. Professional Resource Network Corp., Defendants. | Civ. Action No. 00-CV-1867 (PAM/JGL) |

and ORDER

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED between plaintiff PRN Health Services, Inc. ("PRN") and defendant Professional Resource Network Corp. ("Professional Resource Network"), that, pursuant to a separate Settlement Agreement and Mutual Release, and a separate License Agreement, and subject to the approval and order of the Court:

1. The Complaint in this case shall be dismissed with prejudice.

2. Each party shall pay its own expenses, costs, and attorney fees relating to this action.

Dated: 4/30/01

**DORSEY & WHITNEY LLP**

By [signature]
Peter Lancaster (#159840)
Pillsbury Center South
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ATTORNEYS FOR PLAINTIFF PRN HEALTH SERVICES, INC.**

Dated: 5/2/01

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By Laura J. Hein

Laura J. Hein, Esq. (#155160)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
(612) 343-2800

**ATTORNEYS FOR DEFENDANT PROFESSIONAL RESOURCE NETWORK CORP.**

**SO ORDERED.**

Dated: May 3, 2001

Honorable Paul A. Magnuson
United States District Judge